**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| KIRBY DEARLLE ALLEN,<br><br>        Petitioner,<br><br>  v.<br><br>KELLY SANTORO,<br><br>        Respondent. | Case No. CV 21-9565-AS<br><br>**JUDGMENT** |

Pursuant to the "Memorandum Decision and Order,"

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 26, 2022

                                                          /s/
                                                  ALKA SAGAR
                              UNITED STATES MAGISTRATE JUDGE